IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cheryl V. Johnson a/k/a Cheryl Johnson, a/k/a Cheryl Vonhaelst Johnson | BK NO. 23-01144 MJC |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2006-B, Mortgage Pass-Through Certificates, Series 2006-B and index same on the master mailing list.

    Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
01 Jun 2023, 12:20:18, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322