United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-01144-MJC
Cheryl V. Johnson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2
Date Rcvd: Jun 26, 2023      Form ID: ntcnfhrg      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl V. Johnson, 280 Long Run Rd., Mill Hall, PA 17751-8857 |
| 5542753 | + | Kayla Johnson Swanson, 327 West Main Street, Apt 3, Lock Haven, PA 17745-1146 |
| 5542754 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5542746 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 26 2023 18:51:00 | Bank of America, Bankruptcy Department, 4161 Piedmont Pkwy., NC4-105-03-14, Greensboro, NC 27410 |
| 5544502 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 26 2023 18:51:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5542747 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2023 19:00:33 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5542750 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2023 18:51:00 | Chrysler Capital, Attn: Bankruptcy Dept, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 5542751 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2023 19:00:39 | Citicards, Box 6500, Sioux Falls, SD 57117-6500 |
| 5545537 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 26 2023 18:51:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5542752 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 26 2023 18:51:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5542755 | | Email/Text: camanagement@mtb.com | Jun 26 2023 18:51:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 5542756 | + | Email/Text: bankruptcynotices@psecu.com | Jun 26 2023 18:51:00 | PA State Employee FCU, 1 Credit Union Place, Harrisburg, PA 17110-2912 |
| 5548688 | + | Email/Text: bankruptcynotices@psecu.com | Jun 26 2023 18:51:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5545033 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2023 18:51:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5542757 | | Email/PDF: gecsedi@recoverycorp.com | Jun 26 2023 19:00:39 | Synchrony Bank/CareCredit, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5060 |
| 5542758 | | Email/PDF: gecsedi@recoverycorp.com | Jun 26 2023 19:00:25 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5542759 | | Email/PDF: gecsedi@recoverycorp.com | Jun 26 2023 18:50:11 | Synchrony Bank/Pay Pal, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5542748 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5542749 | *+ | Cheryl V. Johnson, 280 Long Run Rd., Mill Hall, PA 17751-8857 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor U.S. Bank National Association as Trustee for Bayview Financial Mortgage Pass-Through Trust 2006-B, Mortgage Pass-Through Certificates, Series 2006-B mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Cheryl V. Johnson tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Cheryl V. Johnson,<br>aka Cheryl Johnson, aka Cheryl Vonhaelst Johnson, | Chapter 13 |
| **Debtor 1** | Case No. 4:23−bk−01144−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 3, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: August 10, 2023<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>1501 N. 6th Street, Harrisburg, PA 17102<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 26, 2023 |

ntcnfhrg (08/21)