UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

CHERYL V. JOHNSON

Debtor(s)

Chapter: 13
Case Number: 4-23-01144

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order confirming Second Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: September 27, 2023

SIGNED: Lisa Manchak

TITLE: Legal Assistant

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cheryl V. Johnson,　　　　　　　　　　　　　　　Chapter　　13
aka Cheryl Johnson, aka Cheryl Vonhaelst Johnson,

　　**Debtor 1**　　　　　　　　　　　　　　　　　Case No.　　4:23-bk-01144-MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 9, 2023. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　Mark J. Conway, United States Bankruptcy Judge

　　　　　　　　　　　　　　　　　　　　Dated: September 25, 2023

orcnfpln(05/18)

| | | |
|---|---|---|
| M&T Bank<br>PO Box 1508<br>Buffalo, NY 14240-1508 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chrysler Capital<br>Attn: Bankruptcy Dept<br>PO Box 961278<br>Ft. Worth, TX 76161-0278 | Citicards<br>Box 6500<br>Sioux Falls, SD 57117-6500 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kayla Johnson Swanson<br>327 West Main Street<br>Apt 3<br>Lock Haven, PA 17745-1146 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | PA State Employee FCU<br>1 Credit Union Place<br>Harrisburg, PA 17110-2912 | PSECU<br>PO BOX 67013<br>HARRISBURG, PA 17106-7013 |
| Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Synchrony Bank/CareCredit<br>Attn: Bankruptcy Dept.<br>P.O. Box 965061<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Pay Pal<br>Attn: Bankruptcy Dept.<br>P.O. Box 965064<br>Orlando, FL 32896-5064 | U.S. Bank National Association, at. el<br>c/o M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 |
| JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | | |