In re:                                                 Case No. 23-01144-MJC
Cheryl V. Johnson                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                          User: AutoDocke                          Page 1 of 2
Date Rcvd: Sep 25, 2023                    Form ID: ntserv                        Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl V. Johnson, 280 Long Run Rd., Mill Hall, PA 17751-8857 |
| 5542753 | + | Kayla Johnson Swanson, 327 West Main Street, Apt 3, Lock Haven, PA 17745-1146 |
| 5542754 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: camanagement@mtb.com | Sep 25 2023 18:34:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5542746 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 25 2023 18:33:00 | Bank of America, Bankruptcy Department, 4161 Piedmont Pkwy., NC4-105-03-14, Greensboro, NC 27410 |
| 5544502 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 25 2023 18:33:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5542747 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2023 18:33:24 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5552963 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2023 18:33:09 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5542750 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 25 2023 18:34:00 | Chrysler Capital, Attn: Bankruptcy Dept, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 5542751 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2023 18:43:45 | Citicards, Box 6500, Sioux Falls, SD 57117-6500 |
| 5542752 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 25 2023 18:34:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5545537 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 25 2023 18:34:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5557764 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 25 2023 18:34:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5556700 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2023 18:33:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5542755 | | Email/Text: camanagement@mtb.com | Sep 25 2023 18:34:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 5542756 | + | Email/Text: bankruptcynotices@psecu.com | Sep 25 2023 18:34:00 | PA State Employee FCU, 1 Credit Union Place, Harrisburg, PA 17110-2912 |
| 5548688 | + | Email/Text: bankruptcynotices@psecu.com | Sep 25 2023 18:34:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5545033 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 25 2023 18:34:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5556425 | | Email/PDF: ebn_ais@aisinfo.com | | |

| Recip ID | Delivery | Date/Time | Name and Address |
|---|---|---|---|
| | | Sep 25 2023 18:33:34 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5542757 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2023 18:33:34 | Synchrony Bank/CareCredit, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5060 |
| 5542758 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2023 18:43:55 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5542759 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2023 18:33:24 | Synchrony Bank/Pay Pal, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 5557128 | Email/Text: camanagement@mtb.com | Sep 25 2023 18:34:00 | U.S. Bank National Association, at. el, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5542748 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5542749 | *+ | Cheryl V. Johnson, 280 Long Run Rd., Mill Hall, PA 17751-8857 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor U.S. Bank National Association as Trustee for Bayview Financial Mortgage Pass-Through Trust 2006-B, Mortgage Pass-Through Certificates, Series 2006-B mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Cheryl V. Johnson tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cheryl V. Johnson,
aka Cheryl Johnson, aka Cheryl Vonhaelst Johnson,

**Debtor 1**

Chapter 13

Case No. 4:23−bk−01144−MJC

## Instructions for Serving Documents

You are required to serve the attached document and file a Certificate of Service that conforms with Local Rule 9013−3. Failure to file a Certificate of Service in a timely fashion may result in postponing the matter at issue.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>1501 N. 6th Street, Harrisburg, PA 17102<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 25, 2023 |

ntserv (05/22)